# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 479 |
| | : | |
| AMENDMENT OF RULE 103 | : | JUDICIAL ADMINISTRATION |
| OF THE PENNSYLVANIA RULES OF | : | |
| JUDICIAL ADMINISTRATION | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of February, 2017, the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 103 of the Pennsylvania Rules of Judicial Administration is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.